UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| IN THE MATTER OF: )<br>)<br>INSPECTION OF THE WORK )<br>ESTABLISHMENT KNOWN AS )<br>CRIDER POULTRY, INC. )<br>CONSISTING OF ONE OR MORE )<br>BUILDINGS LOCATED AT 1 )<br>PLANT AVENUE, STILLMORE, )<br>EMANUEL COUNTY, GEORGIA, )<br>30464. ) | Case No. MC610-001 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 15 day of April, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA